Signed and Filed: September 14, 2018

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for
Plaintiff E. Lynn Schoenmann, Trustee

ERIC C. SHAW (SBN 104889)
eshaw@wynlaw.com
WEYAND LAW FIRM
2490 Mariner Square Loop, Suite 213
Alameda, CA 94501
Telephone: (415) 536-2800
Facsimile: (415) 358-4461

Attorneys for
Defendant Henry Nguyen

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>CO DUONG and COLLEEN NGUYEN,<br><br>Debtors. | Case No. 18-30061-HLB<br><br>Chapter 7 |
| E. LYNN SCHOENMANN, TRUSTEE,<br><br>Plaintiff,<br>v.<br>HENRY NGUYEN,<br><br>Defendant. | Adv. No. 18-03036-HLB<br><br>**ORDER ON STIPULATION FOR RELIEF FROM DEFAULT**<br><br>Judge: The Honorable Hannah L. Blumenstiel |

Upon stipulation of the parties, and good cause appearing, the following is hereby ORDERED:

1. Defendant Henry Nguyen shall have up to, and including, November 12, 2018 to file a response to the Complaint in this action.

2. The October 18, 2018 scheduling conference shall be continued until November 29, 2018 and the continued scheduling conference shall be treated as the initial status conference and the Parties shall follow the schedule set forth in the Court's Order at Docket Entry No. 4 (Order re Initial Disclosures and Discovery Conference).

IT IS SO ORDERED.

**\*\*\*END OF ORDER\*\*\***

Court Service List

179399\00001\64320895.v1